Kerry P. Zeiler (SBN 233944)
KO & ZEILER
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
(714) 633-4350
(714) 459-8250 - Fax

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC., <br> Plaintiff, <br> vs. <br> SOUTHWEST HOLDINGS, INC., a Corporation; SOUTHWEST PIPE SERVICES, INC., a Corporation; JOSEPH BRIERS, an individual; BRIERS PIPE SERVICES CORP., a Corporation; ROBERT P. INGRUM, an individual; ROBBYE R. WALDRON, Chapter 7 Trustee, and DOES 1-10, inclusive, <br> Defendants. | Case No. 1: 08-cv-236 LJO SMS <br><br> **TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS FROM PROSECUTING OR INSTITUTING ACTIONS AFFECTING RIGHTS AND OBLIGATIONS OF PARTIES IN INTERPLEADER** <br><br> (Doc. 5) |

## TEMPORARY RESTRAINING ORDER

After consideration of the record and on the basis of good cause, this Court ORDERS defendants, and each of them, and their agents, servants, employees, representatives, and all persons acting in concert or participating with them be, and they are hereby, restrained and enjoined from prosecuting any and all proceedings and all actions at law now pending against plaintiff or from bringing any proceeding or action against plaintiff affecting the rights and obligations as between the parties in this action with respect to the personal property at issue in this matter best described as <u>conveyor equipment located at 5303 Rosedale Highway, Bakersfield, California sold to California</u>

<u>Pipe Recycling, Inc. on or about April 13, 2007, or the promissory note for payments on such equipment executed by California Pipe Recycling, Inc.</u>

This Court FURTHER ORDERS that:

1. No later than seven days after service of this order on defendants, defendants may file and serve papers to seek to modify or dissolve this temporary restraining order;
2. Plaintiff shall serve this temporary restraining order on defendants and their counsel by a means to accomplish service most expediently; and
3. Plaintiff may seek a preliminary injunction by filing papers and setting a hearing in compliance with this Court's Local Rule 78-230(b).

IT IS SO ORDERED.

Dated:   March 18, 2008            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE