1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kerry P. Zeiler (SBN 233944)
KO & ZEILER
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
(714) 633-4350
(714) 459-8250 - Fax

Attorney for Plaintiff
California Pipe Recycling, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA PIPE RECYCLING, INC., )
                    Plaintiff,      )
         vs.                        )
SOUTHWEST HOLDINGS, INC., a         )
Corporation; SOUTHWEST PIPE         )
SERVICES, INC., a Corporation; JOSEPH )
BRIERS, an individual; BRIERS PIPE  )
SERVICES CORP., a Corporation;      )
ROBERT P. INGRUM, an individual;    )
ROBBYE R. WALDRON, Chapter 7        )
Trustee, and DOES 1-10, inclusive,  )
                    Defendants.     )

Case No.:  08-cv-236

*Assigned for All Purposes*
*Hon. Lawrence J. O'Neill*

**ORDER**

## <u>ORDER</u>

The matter having been duly considered by the court, and finding substantial

justification therefore:

**IT IS HEREBY ORDERED THAT**

The Plaintiff is ordered to take the default of defendant ROBBYE R. WALDRON

on or before November 25, 2008, or submit a declaration as to why the Plaintiff has not

taken such action.

///

////

1

[PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Status Conference hearing currently set for November 13, 2008 at 8:00 AM in Department 4 of this court is continued until December 18, 2008 at 8:15 AM.

Dated:  November 3, 2008                    /s/ Lawrence J. O'Neill

U.S. District Court Judge

[PROPOSED] ORDER