1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

8
9  CALIFORNIA PIPE RECYCLING,                    CASE NO. CV F 08-0236 LJO SMS
   INC.
10                                               **ORDER TO SET FURTHER STATUS**
              Plaintiff,                         **CONFERENCE**
11
       vs.                                       Date:   January 15, 2009
12                                               Time:   8:15 a.m.
   SOUTHWEST HOLDINGS, INC., et al.,             Dept.:  4 (LJO)
13
              Defendants.
14  _____/

15         This Court conducted a December 18, 2008 status conference.  Plaintiff California Pipe

16  Recycling, Inc. ("Cal Pipe") appeared by telephone by counsel Kerry P. Zeiler, Ko & Zeiler. Defendants

17  Joseph Briers, Southwest Pipe Services, Inc. and S.W. Pipe Holdings, Inc. (collectively the "Biers

18  defedants") appeared by telephone by counsel Jason Powers, Powers & Slay.  Defendant Robbye

19  Waldon ("Mr. Waldon"), trustee of Joseph Briers' discharged chapter 7 bankruptcy, appeared by David

20  Jones, Porter & Hedges.  At the conference, the parties discussed potential withdrawal of Cal Pipe from

21  the interpleader portion of this action, bifurcation and transfer of claims to the interplead funds to the

22  Texas bankruptcy court, and the Briers defendants' newly filed counterclaim against Cal Pipe to recover

23  $15,200 worth of pipe.  After discussion with the parties, this Court:

24         1.     SETS a telephonic status conference for January 15, 2009 at 8:15 a.m. in Department 4

25                (LJO).  The parties's counsel shall appear at the conference by arranging a one-line

26                conference call and adding the Court at (559) 499-5680.  The parties' counsel shall be

27                prepared to discuss the status of this action and recommendations to proceed;

28         2.     ORDERS the parties, no later than January 12, 2009, to file status reports to indicate the

                                                    1

status of this action and recommendations to proceed, including bifurcation and transfer of issues;

3. ORDERS Cal Pipe, no later than January 19, 2009, to file and serve its motion to withdraw from the interpleader portion of this action and for attorney fees;

4. ORDERS counsel for the Briers defendants and Mr. Waldon, no later than December 31, 2008, to confer and attempt to agree on bifurcating and transferring the interpleader portion of this action to the Texas bankruptcy court; and

5. ORDERS the parties, no later than January 8, 2009, to file proposed orders, if any, for handling this action.

IT IS SO ORDERED.

Dated:   **December 18, 2008**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE