1  Kerry P. Zeiler (SBN 233944)
   KO & ZEILER
2  1855 W. Katella Ave., Ste. 365
   Orange, CA 92867
3  (714) 633-4350
   (714) 459-8250 - Fax
4
   Attorney for Plaintiff
5  California Pipe Recycling, Inc.

**FILED**

JAN 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC., <br> Plaintiff, <br> vs. <br> S.W. PIPE HOLDINGS., a Corporation; SOUTHWEST PIPE SERVICES, INC., a Corporation; JOSEPH BRIERS, an individual; BRIERS PIPE SERVICES CORP., a Corporation; ROBERT P. INGRUM, an individual; ROBBYE R. WALDRON, Chapter 7 Trustee, and DOES 1-10, inclusive, <br> Defendants. | Case No.: 08-cv-236 <br><br> *Assigned for All Purposes* <br> *Hon. Lawrence J. O'Neill* <br><br> [PROPOSED] **ORDER BIFURCATING CLAIMS, FEDERAL RULE OF CIVIL PROCEDURE 42 (B)** |

### ORDER

The matter having been duly considered by the court, and finding substantial justification therefore:

**IT IS HEREBY ORDERED THAT**

As to Plaintiff's Second Claim For Relief for Interpleader:

Pursuant to Federal Rules of Civil Procedure 42 (b), the Court orders Plaintiff's Second enumerated Claim for Relief, for Interpleader, severed from the remaining claims for relief and/or any Cross-Complaints filed in this action.

1-15-09                                          *[signature]*
                                                  United States Dist. Judge

[PROPOSED] ORDER