**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SOUTHWEST HOLDINGS, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. CV F 08-0236 LJO SMS<br><br>**ORDER TO SET SETTLEMENT CONFERENCE**<br><br>**Date:** March 23, 2009<br>**Time:** 10 a.m.<br>**Before:**<br>　U.S. Magistrate Judge Stephen Smith<br>　Southern District of Texas<br>　Houston, Texas 77002 |

　　　　This Court conducted a January 15, 2009 status conference. Plaintiff California Pipe Recycling, Inc. ("Cal Pipe") appeared by telephone by counsel Kerry P. Zeiler, Ko & Zeiler. Defendants Joseph Briers, Southwest Pipe Services, Inc. and S.W. Pipe Holdings, Inc. (collectively the "Briers defendants") appeared by telephone by counsel Jason Powers, Powers & Slay. Defendant Robbye Waldon ("Mr. Waldon"), trustee of Joseph Briers' discharged chapter 7 bankruptcy, appeared by David Jones, Porter & Hedges. At the conference, the parties agreed to participate in a settlement conference to be conducted by a U.S. Magistrate Judge of the Southern District of Texas in light of bifurcation of Cal Pipe's interpleader claim and anticipated remand to Texas state court of the Briers defendants' counterclaim against Cal Pipe.

　　　　As such, this Court ORDERS the parties to:

　　　　1.　　PARTICIPATE in a settlement conference before U.S. Magistrate Judge Stephen Smith on March 23, 2009 at 10 a.m. in the Southern District of Texas, Houston, Texas 77002; and

2.  SUBMIT settlement conference statements pursuant to U.S. Magistrate Judge Smith's requirements.  The parties may reach U.S. Magistrate Judge Smith's chambers at (713) 250-5100 for information on settlement conference statements.

IT IS SO ORDERED.

Dated:   **January 29, 2009**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE