Kerry P. Zeiler (SBN 233944)
KO & ZEILER
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
(714) 633-4350
(714) 459-8250 - Fax

Attorney for Plaintiff
California Pipe Recycling, Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC.,<br>    Plaintiff,<br>  vs.<br>S.W. PIPE HOLDINGS, INC., a Corporation; SOUTHWEST PIPE SERVICES, INC., a Corporation; JOSEPH BRIERS, an individual; BRIERS PIPE SERVICES CORP., a Corporation; ROBERT P. INGRUM, an individual; ROBBYE R. WALDRON, Chapter 7 Trustee, and DOES 1-10, inclusive,<br>    Defendants. | Case No.: 08-cv-236<br><br>*Assigned for All Purposes*<br>*Hon. Lawrence J. O'Neill*<br><br>**STIPULATION TO SET ASIDE DISMISSAL OF ROBERT P. INGRUM** |

      On October 23, 2008, this court dismissed this action against Robert P. Ingrum for lack of minimum contacts by granting his motion under FRCP 12(b)(2).

      Mr. Ingrum, now appearing in *propria personum*, wishes to appear in this action, submitting himself voluntarily to the jurisdiction of this court, in order to state a claim against the proceeds of the promissory note at issue in this case which is the stake in interpleader.

      By his signature hereto, Mr. Ingrum voluntarily consents to the jurisdiction of this court over him, and waives any further challenges to this court's jurisdiction.

**IT IS STIPULATED:**

By and between the Plaintiff, CALIFORNIA PIPE RECYCLING, INC. and Defendant ROBERT P. INGRUM, in order to permit his participation in this case to state a claim against the stake in interpleader, to set aside this court's order of October 23, 2008 dismissing ROBERT P. INGRUM from this action.  LR 83-143.

For the Plaintiff,

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC. | /s/ Kerry P. Zeiler |
| | Kerry P. Zeiler (SBN 233944) |
| | KO & ZEILER |
| | 1855 W. Katella Ave., Ste 365 |
| | Orange, CA 92867 |

For the Defendant,

| | |
|---|---|
| ROBERT P. INGRUM | _/s/Robert P. Ingrum____ |
| | Robert P. Ingrum |
| | In *propria personum* |

**IT IS SO ORDERED:**

Dated: February 6, 2009____         _/s/ LAWRENCE J O'NEILL_____
                                    Hon. Lawrence J. O'Neill
                                    Judge of the United States District Court