```
Kerry P. Zeiler (SBN 233944)
KO & ZEILER
1855 W. Katella Ave., Ste. 365
Orange, CA 92867
(714) 633-4350
(714) 459-8250 - Fax

Attorney for Plaintiff
California Pipe Recycling, Inc.
```

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PIPE RECYCLING, INC., <br> Plaintiff, <br> vs. <br> S.W. PIPE HOLDINGS., a Corporation; SOUTHWEST PIPE SERVICES, INC., a Corporation; JOSEPH BRIERS, an individual; BRIERS PIPE SERVICES CORP., a Corporation; ROBERT P. INGRUM, an individual; ROBBYE R. WALDRON, Chapter 7 Trustee, and DOES 1-10, inclusive, <br> Defendants. | Case No.: 08-cv-236 <br><br> *Assigned for All Purposes* <br> *Hon. Lawrence J. O'Neill* <br><br> **ORDER** |

## ORDER

The matter having been duly considered by the court, and finding substantial justification therefore:

The court finds that the Plaintiff has deposited the entirety of unpaid sums owed under the promissory note with the Court's clerk in the amount of $104,680.00.

**IT IS HEREBY ORDERED THAT**

The Plaintiff is discharged from the interpleader matter.

Dated: _March 9, 2009___            _____/s/ Lawrence J. O'Neill_____
                                    Hon. Lawrence J. O'Neill
                                    Judge of the United States District Court

1