IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CALIFORNIA PIPE RECYCLING, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-2502 |
| | § | |
| SOUTHWEST HOLDINGS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Approximately a year ago, this court stayed this case pending the trial in state court of the lawsuit styled *R.P. v. Briers Pipe Services Corp., et al.*, Cause No. 2006-74178, in the 113th Judicial District Court of Harris County, Texas. The trial settings in the state court have not resulted in a trial. The parties recently notified this court that the trial has been reset for June 2011. Given the delays, this case is stayed and administratively closed pending the resolution of the related state court case. This federal case may be reinstated by a motion to reinstate filed no more than 14 days after the state court receives a verdict, enters judgment, or issues on other dispositive order. The motion to reinstate must notify this court of the state court's action, include a copy of any order or judgment, and describe the implications for this federal case.

SIGNED on January 13, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge